Commonwealth ex rel. White, Appellant, *v.*
Rundle.

Submitted June 14, 1965.
*Leslie D. J. White,* appellant, in propria persona;
*Harry L. Wilcox,* District Attorney, for appellee.
Order affirmed.

## Jacob Appeal.

*William H. Mitman,* for appellant; *D. T. Marrone,* with him *MacElree, Platt, Marrone & Harvey,* for appellee.
Order affirmed.

August 19, 1965

Commonwealth ex rel. Cornitcher, Appellant, *v.*
Myers.

Submitted June 14, 1965. *Herbert Cornitcher,* appellant, in propria persona; *John F. Hassett* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.